**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jeffrey L. Collins                                     CHAPTER 13

Debtor(s)

BKY. NO. 25-21272 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
19 May 2025, 16:20:15, EDT

Denise Carlon, Esq. (317226) ☑
Matthew Fissel, Esq. (314567) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 41ecb3ab04c6ed3eb88f7a832ffebe3506f49cd42286aaff957f1dd4b70168ea