UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankr. Case No. 25-21272-13

Jeffrey L. Collins                                                        Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> AmeriCredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By  /s/   Mandy Youngblood

   Mandy Youngblood
   PO Box 183853
   Arlington, TX  76096
   877-203-5538
   877-259-6417
   Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 25-21272-13

Jeffrey L. Collins  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on May 23, 2025 :

Lauren M. Lamb
436 7th Ave.
Koppers Building
Suite 322
Pittsburgh, PA 15219

Ronda Winnecour
600 Grant Street
Suite 3250 USX Tower
Pittsburgh, PA 15219

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx49368 / 1113097