**Form 224**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffrey L. Collins**
   Debtor(s)

Bankruptcy Case No.: 25−21272−CMB

Chapter: 13
Docket No.: 18 − 16

### CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **May 15, 2025** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **July 7, 2025** and failure to meet that deadline would result in the dismissal of the case.

As of **July 9, 2025,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

### ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: July 9, 2025

Carlota M Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 25-21272-CMB

Jeffrey L. Collins                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: 224 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey L. Collins, 143 Mesa Drive, Freeport, PA 16229-2405 |
| 16535221 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 16535226 | + | PNC Bank/National City, One NCC Parkway, Kalamazoo, MI 49009-8003 |
| 16535227 | + | PNC Bank/PNC Mortgage, PO Box 8703, Dayton, OH 45401-8703 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: mtgbk@shellpointmtg.com | Jul 10 2025 00:07:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 10 2025 00:07:00 | Peoples Gas Company, f/k/a Peoples TWP LLC, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16542231 | | EDI: PHINAMERI.COM | Jul 10 2025 04:04:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 16537580 | + | EDI: PHINAMERI.COM | Jul 10 2025 04:04:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 16535218 | + | EDI: PHINAMERI.COM | Jul 10 2025 04:04:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 16535219 | + | EDI: PHINAMERI.COM | Jul 10 2025 04:04:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 16535223 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 10 2025 00:07:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 16535222 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 10 2025 00:07:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 16535224 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 10 2025 00:07:00 | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 16535225 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2025 00:07:00 | PNC Bank, Attn: Collection Center, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 16544472 | + | Email/Text: ebnpeoples@grblaw.com | Jul 10 2025 00:07:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a**

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: 224 | Total Noticed: 15 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 16535220 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Gas Company  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Jeffrey L. Collins julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5